# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA — WESTERN DIVISION

| | |
|---|---|
| JESUS GALINDO,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>LEE BACA, Los Angeles County Sheriff,<br><br>　　　　Defendant. | Case No. CV 07-8243-RSWL (JWJ)<br><br>**ORDER TO SHOW CAUSE REGARDING PLAINTIFF'S FAILURE TO COMPLY WITH COURT ORDER** |

　　　　On July 8, 2008, defendant Sheriff Leroy Baca filed a "Notice of Motion and Motion for Leave to Take the Deposition of Plaintiff in Prison" ("Motion to Take Depo").

　　　　Plaintiff was instructed, in this Court's July 15, 2008 Minute Order, to file a Response to the Motion to Take Deposition on or before July 29, 2008.

　　　　To date, Plaintiff has not filed a Response to the Motion to Take Deposition. Thus, it appears that plaintiff has failed to comply with this Court's July 15, 2008 Minute Order.

///
///
///

**ORDER**

Accordingly, **IT IS HEREBY ORDERED AS FOLLOWS:**

(1) Within **twenty-one days from the date of this Order** plaintiff shall file either an opposition or non-opposition to defendants Motion to Take Deposition; and

(2) The Court Clerk is ordered to serve this Order to Show Cause and defendants Motion to Take Deposition upon plaintiff at his last known address.

If plaintiff fails to comply with this Order to Show Cause as outlined above, this Court may recommend that this action be dismissed with prejudice for failure to prosecute this action and for failure to comply with this Court's order. See Fed. R. Civ. P. 41(b); Local Rules - Central District of California, L.R. 41-1; see also Link v. Wabash R.R., 370 U.S. 626, 629-30, 82 S. Ct. 1386, 1388, 8 L. Ed. 2d 734 (1962); Yourish v. California Amplifier, 191 F.3d 983, 986 (9th Cir. 1999).

DATED: September 11, 2008

/s/
JEFFREY W. JOHNSON
United States Magistrate Judge